Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−16279−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher John Hester Sr. | Rosalia Hester |
| 3 Third Street | 3 Third Street |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
   xxx−xx−7456                          xxx−xx−8026

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:         1/4/22
Time:         02:30 PM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer & Stevens, Debtor's Attorney,

COMMISSION OR FEES
$1627.50

EXPENSES
$4.25

If this is a chapter 13 case, the fees and expenses awarded:

☑      will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 9, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 18-16279-SLM |
|---|---|
| Christopher John Hester, Sr. | Chapter 13 |
| Rosalia Hester | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: 137 | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher John Hester, Sr., Rosalia Hester, 3 Third Street, Butler, NJ 07405-1015 |
| cr | + | VW Credit, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 517424604 | + | Aes/wells Fargo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 517424606 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517580429 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517575961 | | CACH, LLC its successors and assigns as assignee, of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517480107 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518011171 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518011172 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 517424621 | + | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517465795 | + | Granite State Management &, Resources, PO Box 3420, Concord, NH 03302-3420 |
| 517569103 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517424622 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 517424628 | + | New Hampshire Higher Ed/Granite State Mg, Attn: Bnakruptcy, 4 Barrell Court, Concord, NH 03301-8543 |
| 517938147 | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Servicing, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885291 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885292 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675 Greenville, SC 29603-0675 |
| 517517614 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 517592568 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517424634 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 518700722 | + | U.S. Department of Education, P.O. Box 4414, Portland, OR 97208-4414 |
| 517513822 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517424637 | + | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 517528201 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517424605 | Email/Text: ebn@americollect.com | Dec 09 2021 20:35:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 517424607 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2021 20:35:51 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517424608 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2021 20:36:03 | Capital One Na, Attn: General |

District/off: 0312-2                          User: admin                                    Page 2 of 5
Date Rcvd: Dec 09, 2021                      Form ID: 137                              Total Noticed: 72

|  |  |  |  |
|---|---|---|---|
|  |  |  | Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517424609 | + Email/Text: clientservices@credit-control.com | Dec 09 2021 20:35:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628-6404 |
| 517424610 | + Email/Text: bk.notifications@jpmchase.com | Dec 09 2021 20:35:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004-1071 |
| 517424612 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2021 21:01:15 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517424613 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2021 20:36:06 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517424614 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2021 20:35:00 | Comenity Bank/Avenue, Po Box 182125, Columbus, OH 43218-2125 |
| 517424615 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2021 20:35:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517424616 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2021 20:35:00 | Comenity Bkl/Ulta, Po Box 182125, Columbus, OH 43218-2125 |
| 517424617 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2021 20:35:00 | Comenitycapital/bjsclb, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517424618 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 09 2021 20:35:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 517424619 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2021 20:36:04 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517474335 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2021 21:15:21 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517424620 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2021 20:36:06 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517424635 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2021 20:36:01 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517984249 | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2021 20:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517558324 | + Email/PDF: ebn_ais@aisinfo.com | Dec 09 2021 20:36:06 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518011171 | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2021 20:35:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518011172 | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2021 20:35:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517424621 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 09 2021 20:35:52 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517424611 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 09 2021 20:36:03 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517424623 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 09 2021 20:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517577963 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2021 20:35:59 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517575920 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2021 20:35:54 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital |

|  |  |  | Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 517424625 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2021 20:36:00 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517424624 | + Email/Text: bk@lendingclub.com | Dec 09 2021 20:35:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517464570 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2021 20:35:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517424626 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2021 20:35:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517424627 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2021 20:35:00 | Midland Funding, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 517424630 | + Email/Text: bnc@nordstrom.com | Dec 09 2021 20:35:01 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 517424631 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2021 20:35:53 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517524433 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2021 20:35:53 | Portfolio Recovery Associates, LLC, c/o Aeo Inc, POB 41067, Norfolk VA 23541 |
| 517519497 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2021 20:36:04 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 517519500 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2021 20:36:04 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517576421 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2021 20:35:53 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517519501 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2021 20:35:53 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 517519498 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2021 20:36:05 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517572048 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 09 2021 20:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517564418 | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2021 20:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517558323 | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2021 20:35:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517564460 | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2021 20:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517424629 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 09 2021 20:35:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 517429359 | + Email/PDF: gecsedi@recoverycorp.com | Dec 09 2021 20:35:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517424632 | + Email/PDF: gecsedi@recoverycorp.com | Dec 09 2021 20:35:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517424633 | + Email/PDF: gecsedi@recoverycorp.com | Dec 09 2021 20:35:50 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517580010 | + Email/Text: bncmail@w-legal.com | Dec 09 2021 20:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517424636 | + Email/Text: vci.bkcy@vwcredit.com |  |  |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: 137 | Total Noticed: 72 |

|  | Dec 09 2021 20:35:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
|---|---|---|
| 517572809 + Email/Text: ebn@americollect.com | Dec 09 2021 20:35:00 | WAYNE VALLEY IMAGING, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, RasCrane, 10700 Abbott's Bridge Road, Suite 170, UNITED STATES |
| 517938148 | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Servicing, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint |
| cr | *+ | U.S. Department of Education, P.O. Box 4414, Portland, OR 97208-4414 |
| 517532598 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Christopher John Hester  Sr. dstevens@scura.com, ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl. r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| David L. Stevens | on behalf of Joint Debtor Rosalia Hester dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl. r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| Gavin Stewart | on behalf of Creditor VW Credit  Inc. bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor HomeBridge Financial Services  Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| U.S. Trustee | |

District/off: 0312-2                          User: admin                                      Page 5 of 5
Date Rcvd: Dec 09, 2021                       Form ID: 137                              Total Noticed: 72

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8